Scott D. Swanson, ISB. No 8156
Shaver and Swanson, LLP
1087 W River St. Ste 310
Boise, Idaho  83702
Phone:  (208) 345-1122
Fax:  (888) 388-6035
Email:  swanson@shaverswanson.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| SAHARA CASE, LLC, an Idaho limited liability company, and ZERODAMAGE SAHARA CASE, LLC, an Idaho limited liability company,<br><br>    Plaintiffs<br><br>vs.<br><br>TIHOMIR TSANEV,<br><br>    Defendant. | Case No. 1:25-cv-00646<br><br>**NOTICE OF REMOVAL** |

TO:    THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

NOW COME that Defendant, Tihomir Tsanev ("Tsanev"), by undersigned counsel, and give notice that this action is hereby removed from the Fourth Judicial District of the State of Idaho for the County of Ada, to the United States District Court for the District of Idaho on the following basis:

1.    On April 1, 2025, the Plaintiffs SAHARA CASE, LLC, an Idaho limited liability company, and ZERODAMAGE SAHARA CASE, LLC, an Idaho limited liability company,

filed a complaint in the District Court of the State of Idaho, County of Ada, at Civil Action No. CV01-25-06047 against Tsanev alleging claims of interference with prospective business advantage and unfair competition directed at Tsanev by Tsanev filing a complaint with Amazon that Plaintiff's product sold on Amazon infringes Tsanev's patent.

2. On October 3, 2025 Tsanev filed a counterclaim against the Plaintiffs Zerodamage Sahara Case, LLC and Sahara Case, LLC asserting a claim of patent infringement

3. On October 28, 2025 Plaintiffs/Counterclaim Defendants Zerodamage Sahara Case, LLC and Sahara Case, LLC filed an answer to Tsanev's countclaims.

4. The Plaintiffs SAHARA CASE, LLC, an Idaho limited liability company, and ZERODAMAGE SAHARA CASE, LLC, an Idaho limited liability company are referred to as one entity throughout the Complaint and jointly seek damages based on the causes of action identified above in paragraph 1.

5. This is a civil action over which this Court has exclusive jurisdiction over the claim of patent infringement under 28 U.S.C. § 1338(a) and over the Plaintiffs' claim for unfair competition pursuant to 28 U.S.C. § 1338(b).

6. A true and correct copy of the Notice of Removal has been or will be filed with the Clerk of the United States District Court of the District of Idaho as required by Dist. Idaho Loc. Civ. R. 5.2(d) and provided to counsel for the Plaintiffs.

7. A copy of the complete state court record and docket sheet maintained by the Clerk of the Fourth Judicial District of the State of Idaho, for the County of Ada is attached to the Notice of Removal as Exhibit A.

WHEREFORE, the Defendant, Tihomir Ssanev, provides notice of its removal from the above-captioned action from the Fourth Judicial District of the State of Idaho, for the County of Ada to the United States District Court for the District of Idaho.

DATED: November 10, 2025.

                    SHAVER & SWANSON, LLP

                    */s/ Scott D. Swanson*
                    Scott D. Swanson
                    *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2025, I filed the foregoing *NOTICE OF REMOVAL* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing, as well as by email:

    Shelly H. Cozakos, *Attorney for Plaintiffs*
    Shelley@pclawboise.com; efile@bpclawboise.com

    */s/ Scott D. Swanson*
    Scott D. Swanson